# Exhibit C



**BLANCO WILCZYNSKI** PLLC

blancopc.com

**Orlando L. Blanco**\*
olb@blancopc.com
*Also admitted in Florida

**Derek S. Wilczynski**
dsw@blancopc.com

**MAIN OFFICE**
2095 E. Big Beaver Road
Suite 400, Troy, MI 48083
P: 248.519.9000
F: 248.519.9001

**FLORIDA**
1111 Brickell Avenue
Suite 1100, Miami, FL 33131
P: 305.913.8630
F: 305.913.4101

**WEST MICHIGAN**
119 Oak Street
South Haven, MI 48090
P: 248-519-9000
F: 248-519-9001

**MACOMB COUNTY**
8113 Wilson Street
Shelby Township, MI 48316
P: 586-491-6617
F: 248-519-9001

**OF COUNSEL**

Jon P. Yormick
Clevland, Ohio

Lincoln G. Herweyer
Appellate Law

November 21, 2022

<u>***Via U.S. Mail, Certified Mail & Email***</u>
Wade Stevenson
Plan Administrator
GFL Environmental Services USA, Inc.
26999 Central Park Blvd., Ste. 200
Southfield, MI 48076-4145
GFLUSRaleighBenefits@gflenv.com

    Re:    Participant:    **Joe Spinks**
           Plan:    **GFL Health and Welfare Benefit Plan**
           Provider:    **Sugar Land ENT & Sleep Center, PA**
           Claim:    **DE90455712**
           DOS:    **12/01/2021**
           Amount due:    **$24,594.00**

Dear Mr. Stevenson:

    Please be advised that my firm has been retained by Sugar Land ENT & Sleep Center, PA ("SLENT") relating to the above-referenced claim for benefits. According to the Form 5500 on file with the Department of Treasury/IRS, you are serving as Plan Administrator for the GFL Health and Welfare Benefit Plan (hereinafter the "Plan"). Accordingly, I am formally serving you with this notice in your official capacity as Plan Administrator for the Plan.

    After reviewing the correspondence provided by SLENT to GFL Environmental USA, Inc. ("GFL"), the plan sponsor for the Plan, it is clear that GFL has abdicated its legal responsibility to investigate the above-referenced claim and the unlawful practices of its third-party administrator, UnitedHealthcare ("UHC").

    As previously communicated in writing by my client to GFL, GFL has a fiduciary obligation to ensure the Plan is followed according to its written terms regardless of the duties GFL delegated to its claim administrator, UHC. As you well know, as Plan Sponsor, GFL is statutorily required to oversee UHC's practices as Plan Administrator and to take corrective measures to remedy all breaches by UHC. Otherwise, pursuant to the applicable statutory provisions of ERISA, GFL will be liable for the breaches committed by UHC.

Wade Stevenson
Re: Joe Spinks
November 21, 2022
Page 2

The emails sent by GFL's human resources department to my client clearly indicate that GFL's corporate counsel is aware of the alleged breaches by UHC, but has refused to investigate the unlawful practices brought to its attention. Instead, GFL has directed SLENT back to the very authority accused of engaging in multiple breaches of fiduciary duties in the first place, namely UHC.

Furthermore, the plan documents provided to my client fail to provide the statutorily required agent of service information for GFL. This information will be necessary if we are unable to resolve the matter without judicial review. Please forward me the proper agent of service information as soon as possible.

Lastly, this correspondence will serve to put you on notice that if we do not formally hear from you on or before the close of business on Friday, November 25, 2022, we will assume GFL has no intention to work with us to resolve the incorrect adverse benefit determination, or to determine whether all administrative appeals under the Plan have been exhausted. In that case, our only recourse will be to seek judicial review against GFL under ERISA's § 502 of 29 U.S.C. § 1132.

In the interim, should you need to do so, please feel free to contact me.

Very truly yours,

BLANCO WILCZYNSKI, PLLC

Orlando L. Blanco

OLB/

cc: Dr. James J. Ludwick, M.D., Sugar Land ENT & Sleep Center, PA

s:\cases - opened\erisa cases and research\spinks, joseph\correspondence\112122 ltr. to gfl re spinks claim final.olb.docx