# Exhibit D



This communication, including any attachments, is for the exclusive use of the addressee and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail and delete this communication and destroy all copies. Thank you.

**From:** Hofmann, Tracy L <tracy.hofmann@uhc.com>
**Sent:** Friday, November 25, 2022 12:33 PM
**To:** Orlando L. Blanco <olb@blancopc.com>
**Subject:** Sugar Land ENT
**Importance:** High

Mr. Blanco,

United received a copy of your November 21, 2022 correspondence directed to GFL Environmental Services threatening litigation in the absence of a response by November 25, 2022. This serves as that response. Accordingly, please confirm that you will not file today, as you indicated you would not.

You appear to be pursuing some form of prohibited balance billing on behalf of your client for a claim that has been adjudicated and upheld on appeal, as I understand. Please send in writing your position regarding why your client is not prohibited from seeking additional reimbursement under the operative participation agreement, citing supporting provisions from that agreement. Once you have done so, you can set a meeting with United to further discuss.

**Tracy L. Hofmann** | Senior Associate General Counsel
(office) 952.202.1205| (email) tracy.hofmann@uhc.com| (web) www.unitedhealthgroup.com

***Our*** **United Culture. The way forward.**
■ Integrity ■ Compassion ■ Relationships ■ Innovation ■ Performance

This message, including attachments, is from a lawyer and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system.

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or intended recipient's authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or intended recipient's authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is

prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or intended recipient's authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or intended recipient's authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or intended recipient's authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.