# Exhibit F

This communication, including any attachments, is for the exclusive use of the addressee and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail and delete this communication and destroy all copies. Thank you.

**From:** Hofmann, Tracy L <tracy.hofmann@uhc.com>
**Sent:** Tuesday, December 27, 2022 2:15 PM
**To:** Orlando L. Blanco <olb@blancopc.com>
**Subject:** RE: Sugar Land ENT

Mr. Blanco,

A woman named Monica called from your office to confirm receipt of this letter. I called back, but did not have an option to leave voicemail.

In my correspondence, I asked for you to articulate why you believe the claim was adjudicated incorrectly. Your response only revolves around general principles relating to fiduciary duty. The claim was adjudicated properly, but as a courtesy, I am having a medical director review the file once again. As you know, your client's agreement requires the parties to attempt to resolve the issue for 60 days. I have no doubt you will honor that resolution period. In any event, the agreement specifies your client's remedies after that time, which do not include filing a civil action.

I will be in touch once the medical director completes review.

**Tracy L. Hofmann** | Senior Associate General Counsel
(office) 952.202.1205| (email) tracy.hofmann@uhc.com| (web) www.unitedhealthgroup.com

**Our United Culture. The way forward.**
■ Integrity ■ Compassion ■ Relationships ■ Innovation ■ Performance

This message, including attachments, is from a lawyer and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system.

**From:** Orlando L. Blanco <olb@blancopc.com>
**Sent:** Monday, December 5, 2022 6:13 PM
**To:** Hofmann, Tracy L <tracy.hofmann@uhc.com>
**Subject:** RE: Sugar Land ENT

Ms. Hoffman, attached is my response to your email of 11/25/22 below. I look forward to your reply. Thank you. olb

Orlando L. Blanco Esq.
Blanco Wilczynski PLLC
2095 E. Big Beaver
Suite 400
Troy, MI 48083
(248) 519-9000
Fax: (248) 519-9001
E-mail: olb@blancopc.com
Website: www.blancopc.com