# Exhibit G

**Orlando L. Blanco**

| | |
|---|---|
| From: | Orlando L. Blanco |
| Sent: | Tuesday, February 28, 2023 1:17 PM |
| To: | Hofmann, Tracy L |
| Subject: | RE: Sugar Land ENT/Joseph Spinks GFL Health & Welfare Benefit Plan. |

Ms. Hoffman, we still have not received the payment referenced in your earlier email. As we are now quickly approaching March, I would appreciate it if you would please provide me a firm date when this check went out. Thanks.
olb

Orlando L. Blanco Esq.
Blanco Wilczynski PLLC
2095 E. Big Beaver
Suite 400
Troy, MI 48083
(248) 519-9000
Fax: (248) 519-9001
E-mail: olb@blancopc.com
Website: www.blancopc.com

This communication, including any attachments, is for the exclusive use of the addressee and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail and delete this communication and destroy all copies. Thank you.

**From:** Hofmann, Tracy L <tracy.hofmann@uhc.com>
**Sent:** Saturday, February 11, 2023 4:08 PM
**To:** Orlando L. Blanco <olb@blancopc.com>
**Subject:** RE: Sugar Land ENT/Joseph Spinks GFL Health & Welfare Benefit Plan.

Mr. Blanco,

The payment is in process, and I am checking in weekly on it in order to update you. I will check again on Monday. Thank you.

Tracy L. Hofmann | Senior Associate General Counsel
(office) 952.202.1205 | (email) tracy.hofmann@uhc.com | (web) www.unitedhealthgroup.com

*Our* United Culture. The way forward.
▪ Integrity ▪ Compassion ▪ Relationships ▪ Innovation ▪ Performance

This message, including attachments, is from a lawyer and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system.

1